Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

In Re:  Karen Ziemke and Ronald Pekar
Debtor

                                                   Case No.: 08−27296−DHS
                                                   Chapter 7

Ronald Pekar
Plaintiff

v.

MDServe Corp.
Defendant

Adv. Proc. No. 08−02264−DHS                        Judge: Donald H. Steckroth

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on October 8, 2008, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 8 − 4
Order Denying Motion For Contempt against MDSERVE CORP. (Related Doc # [4]). The following parties were served: Debtor, Debtor 's Attorney, Trustee, US Trustee and Movant 's Attorney. Signed on 10/8/2008. (zlh)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 8, 2008
JJW: zlh

                                                                             James J. Waldron
                                                                             Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: zhaywood              Page 1 of 1                  Date Rcvd: Oct 08, 2008
Case: 08-02264                Form ID: orderntc           Total Served: 4

The following entities were served by first class mail on Oct 10, 2008.
aty          +Margreta M. Morgulas,    Stutman, Treister & Glatt,   1901 Ave. of the Stars, 12th flr.,
               Los Angeles, CA 90067-6001
dft          +MDServe Corp.,    377 Route 17, Ste. 415,   Hasbrouck Hgts., NJ 07604-3004

The following entities were served by electronic transmission on Oct 09, 2008.
pla          +E-mail/Text: RONZARELLI@AOL.COM                       Karen Ziemke,   18 Brooklawn Drive,
               Short Hills, NJ 07078-2104
pla          +E-mail/Text: RONZARELLI@AOL.COM                       Ronald Pekar,   18 Brooklawn Drive,
               Short Hills, NJ 07078-2104
                                                                                                 TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 10, 2008**                **Signature:** _Joseph Speetjens_